UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN DUNN SMITH, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br>vs.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No.: 2:23-cv-01774-GRB-LED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
<u>PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff Lynn Dunn Smith hereby gives notice that this action is voluntarily dismissed. Apple, Inc., has not entered an appearance, served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices a voluntary dismiss, without prejudice. See Fed. R. Civ. P. 41(a)(1)(B).

Date: June 9, 2023

**GLANCY PRONGAY & MURRAY LLP**

By: _/s/Brian P. Murray_____
Brian P. Murray
230 Park Avenue, Suite 358
New York, NY 10169
Tel: (212) 682-5340
Fax: (212) 994-0988
bmurray@glancylaw.com

*Attorneys for Plaintiff*